

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES  
SUFFOLK REGIONAL OFFICE

February 5, 2019

**BY ECF**
Honorable Denis R. Hurley
United States District Court
Eastern District of New York Long Island Courthouse
814 Federal Plaza
Central Islip, New York    11722-4447

    Re:    Doe v. Haas
           19 CV 00014 (DRH) (AKT)

Dear Judge Hurley:

    This office represents the State defendants in the above-referenced action.  I am in receipt of both the plaintiff's request for a pre-motion conference concerning confidentiality of the action and permission to refile the Complaint, as well as the Court's Order of today's date, treating plaintiff's letter as the motion itself and setting time for defendants to respond.  Defendants do not object to the plaintiff's request to proceed under a pseudonym, as well as to have the Court grant leave to re-file the Complaint without its current last page. I have communicated this to counsel for the plaintiff.

    In addition, I respectfully request that the Court permit defendants to respond to the Complaint on or before 20 days after the new version is filed, should the Court grant a refiling.  I made this request to plaintiff's counsel, who graciously consented.  Should the Court deny plaintiff's motion, I respectfully request that defendants be permitted to respond to the Complaint within 20 days of any such Order.

    Thank you for your consideration of this matter.

                                        Respectfully,
                                        s/
                                        SUSAN M. CONNOLLY (SMC/2599)

SMC/smc
cc:    BY ECF:
        Stanislav Gomberg, Esq.
        Gomberg Legal, P.C.
        1001 Avenue of the Americas, Suite 1222

New York, New York  10018