

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

BARBARA D. UNDERWOOD
ACTING ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
SUFFOLK REGIONAL OFFICE

March 4, 2019

**BY ECF**
Honorable Denis R. Hurley
United States District Court
Eastern District of New York Long Island Courthouse
814 Federal Plaza
Central Islip, New York    11722-4447

      Re:   Doe v. Haas
            19 CV 00014 (DRH) (AKT)

Dear Judge Hurley:

    This office represents the State defendants in the above-referenced action.  I am in receipt of motion for confidentiality of the action and permission to refile the Complaint.  Defendants do not oppose the plaintiff's motion to proceed under a pseudonym, as well as to have the Court grant leave to re-file the Complaint without its current last page. I have communicated this to counsel for the plaintiff.

    In addition, I respectfully request that the Court permit defendants to respond to the Complaint on or before 20 days after the new version is filed, should the Court grant a refiling.  I made this request to plaintiff's counsel, who graciously consented.  Should the Court deny plaintiff's motion, I respectfully request that defendants be permitted to respond to the Complaint within 20 days of any such Order.

    Thank you for your consideration of this matter.

                                            Respectfully,
                                            s/

                                            SUSAN M. CONNOLLY (SMC/2599)

-SMC/smc

cc:   BY ECF:
      Stanislav Gomberg, Esq.
      Gomberg Legal, P.C.
          1001 Avenue of the Americas, Suite 1222
      New York, New York  10018