

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES  
SUFFOLK REGIONAL OFFICE

August 19, 2019

**ORIGINAL FILED BY ECF**
Honorable Denis R. Hurley
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

      Re:   Doe v. Haas
            19 CV 00014 (DRH) (AKT)

Dear Judge Hurley:

    This office represents the State defendants in the above-referenced action. I respectfully request that the date to reply and file regarding the defendants' Motion to dismiss be extended from August 19, 2019 to August 22, 2019. This is the first such request by defendants, and is due to the necessity of travel outside the state, as well as preparation for surgery I will be undergoing. I have communicated with plaintiff's counsel, who has graciously consented to the request.

    Thank you for your consideration of this matter.

                              Respectfully,
                              s/

                              SUSAN M. CONNOLLY (SMC/2599)

SMC/smc

cc:     BY ECF:
        Stanislav Gomberg, Esq.
        Gomberg Legal, P.C.
        1001 Avenue of the Americas, Suite 1222
        New York, New York 10018