| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |

| | | | |
|---|---|---|---|
| BEFORE: | A. KATHLEEN TOMLINSON<br>U.S. MAGISTRATE JUDGE | DATE:<br>TIME: | 4-9-2021<br>10:09 a.m. (3 minutes) |

*Doe v. Haas, et al.*
**CV 19-14 (DRH) (AKT)**

TYPE OF CONFERENCE: **TELEPHONE STATUS CONFERENCE**

APPEARANCES: Plaintiffs: Stanislav Gomberg

Defendants: Susan M. Connolly

FTR through teleconference line: 10:09-10:12

SCHEDULNG:

This case is set down for a Telephone Status Conference on April 21, 2021 at 10:30 a.m. using the Court's AT&T conference line 866-590-5055, access code: 9720458.

THE FOLLOWING RULINGS WERE MADE:

Defendant's counsel advised that the settlement agreement needs to proceed through one further level of approval which should take about two weeks. The Court is therefore putting the matter over to April 21. If counsel resolve this issue in the interim, they are free to ask to have the conference canceled.

**SO ORDERED.**

/s/ A. Kathleen Tomlinson
A. KATHLEEN TOMLINSON
U.S. Magistrate Judge