| | |
|---|---|
| 34UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |

| | | | |
|---|---|---|---|
| BEFORE: | A. KATHLEEN TOMLINSON<br>U.S. MAGISTRATE JUDGE | DATE:<br>TIME: | 4-21-2021<br>10:34 a.m. (3 minutes) |

*Doe v. Haas, et al.*
**CV 19-14 (DRH) (AKT)**

TYPE OF CONFERENCE: **TELEPHONE STATUS CONFERENCE**

APPEARANCES:  Plaintiffs:  Stanislav Gomberg

  Defendants:  Susan M. Connolly

FTR through AT&T teleconference line:  10:34-10:37

THE FOLLOWING RULINGS WERE MADE:

Defendants' counsel confirmed today that she had obtained approval for the settlement from the various levels of review which were required. The parties have one issue to resolve concerning certain language which they referenced today. Counsel have two weeks to confirm to the Court in writing that the settlement is resolved or the Court will take further action.

**SO ORDERED.**

/s/ A. Kathleen Tomlinson
A. KATHLEEN TOMLINSON
U.S. Magistrate Judge