

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
SUFFOLK REGIONAL OFFICE

May 5, 2021

**ORIGINAL FILED BY ECF**
Honorable Denis R. Hurley
Senior Judge
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

      Re:  Doe v. Haas
           19 CV 00014 (DRH) (AKT)

Dear Judge Hurley:

    This office represents the State defendants in the above-referenced action. I submit this letter on behalf of all parties regarding the status of the case. We are happy to submit for so-ordering a fully executed Stipulation of Settlement, General Release and Order of Dismissal resolving this matter.

    Thank you for your consideration of this matter.

Respectfully,

*Susan M. Connolly*

SUSAN M. CONNOLLY (SMC/2599)

SMC/smc

cc:  BY ECF:
     A. Kathleen Tomlinson
     Magistrate Judge

     Stanislav Gomberg, Esq.
     Gomberg Legal, P.C.
     1001 Avenue of the Americas, Suite 1222
     New York, New York 10018

300 MOTOR PARKWAY, SUITE 230, HAUPPAUGE, NY 11788 ● PHONE (631) 231-2424 ● WWW.AG.NY.GOV